

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2018

No. 04-18-00718-CV

**IN THE INTEREST OF J.B.S. ET AL., CHILDREN,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02879
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal concerning the termination of appellant's parental rights. A copy of the clerk's record was filed on October 11, 2018 and shows appellant filed a notice of appeal on October 18, 2018 in which she contends she is appealing a "Order of Termination, signed on September 14, 2018." The clerk's record, however, does not contain a final order of termination signed by the trial court. Rather, the clerk's record contains an incomplete "Memorandum of Associate Judge's Order." Specifically, pages 2 and 3 of the memorandum appear to be missing. The clerk's office of this court contacted the district clerk's office by telephone and left a message, informing the district clerk that the memorandum was incomplete.

Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 196 (Tex. 2001). A judgment is final for appellate purposes if it disposes of all pending parties and claims in the record. *Id.* Because the Memorandum of Associate Judge's Order is incomplete, it appears there is no final order of termination in the clerk's record; thus, there is no final judgment from which appellant may appeal at this time.

Accordingly, we **ORDER** appellant to file a written response in this court **on or before November 26, 2018**, showing cause why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See id.* R. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the district court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

We **order** the clerk of this court to serve a copy of this order on the trial court, appellant, appellee, and the district clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court